# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0372
_____

HEIDI HOLDRIDGE and RICHARD HOLDRIDGE,

Appellants,

v.

REBECCA ANDERSON,

Appellee.

_____

On appeal from the County Court for Columbia County.
Sara J. Carter, Judge.

December 11, 2024

PER CURIAM.

Heidi and Richard Holdridge appeal the trial court's Order Ratifying Settlement, and Order on Defendant's Motion to Vacate Dismissal and Reinstate Counterclaim. But the orders are not final, *see Holland v. Holland*, 140 So. 3d 1155, 1156–57 (Fla. 1st DCA 2014) (establishing that final orders must "contain 'unequivocal language of finality'"), nor an enumerated non-final appealable order. *See* Fla. R. App. P. 9.130. Thus, we lack jurisdiction. *See* Art. V, § 4(b), Fla. Const. ("District courts of appeal shall have jurisdiction to hear appeals . . . from final judgment or orders of trial courts[.]"); *see also Bateman v. Regions Bank, Heron Dev. Grp., Inc.*, 367 So. 3d 621 (Fla. 1st DCA 2023) (dismissing an appeal of a non-final order not listed in rule 9.130).

DISMISSED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Heidi Holdridge and Richard Holdridge, pro se, Appellants.

Kellen G. Vincent of Robinson, Kennon & Kendron, P.A., Lake City, for Appellee.